# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| ASHLEY DONNA, | Case No. 20-CV-997 (NEB/JFD) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| BECTON, DICKINSON AND COMPANY, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal With Prejudice filed on February 1, 2022 (ECF No. 27), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and each party shall bear their own costs and attorneys' fees.

Dated: February 2, 2022

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge